1  John W. Carpenter (Bar No. 221708)       CIRCUIT CITY STORES, INC.
   john@jwcarpenterlaw.com                   9950 Maryland Dr.
2  33 ½ Los Pinos                            Richmond, VA. 23233-1464
   Nicasio, CA  94946                        Charles M. Allen Agreeing for
3  Telephone: (415) 374-7157                 Circuit City Stores, Inc.
    Facsimile:  1- 866-410-6248
4                                            Defendant: Circuit City Stores, Inc.
   Attorneys for Plaintiff
5  Technology Licensing Company Inc.

6

7

8

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

15  TECHNOLOGY LICENSING CO. INC.,          CASE NO.  C 08-00344 BZ

16            Plaintiff ,                    **STIPULATION AND [PROPOSED]
                                             ORDER FOR CONTINUING INITIAL
17      vs.                                  CASE MANAGEMENT CONFERENCE
                                             PURSUANT TO CIVIL L.R. 6-2**
18  CIRCUIT CITY STORES, INC.

19            Defendant.                     JUDGE:   Hon. Bernard Zimmerman

20

21

22

23

24

25

26

27

28

1

## Stipulation

2       Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC")

3   and Defendant CIRCUIT CITY STORES INC. ("CIRCUIT") hereby stipulate to a continuance of

4   the Initial Case Management in this matter.

5       The Initial Case Management Conference is currently set for May 5, 2008 at 4:00 PM.

6   The parties are presently engaged in ongoing discussions to settle this matter, and need additional

7   time to continue settlement discussions.

8       The parties have agreed that it would be in the best interest of the parties to seek a

9   continuance of the Initial Case Management Conference to June 16, 2008 at 4:00 PM, or to

10  whatever date and time thereafter as set by the Court.

11      This is the first request for a time modification of the Initial Case Management in this

12  matter.

13      The present requested time modification would have no material effect on the schedule for

14  this case.

15      Accordingly, it is hereby stipulated and agreed that the Initial Case Management

16  Conference in this matter by continued to June 16, 2008 at 4:00 PM, or to whatever date and time

17  thereafter as set by the Court.

18

19                                          Respectfully submitted,
    DATED:  April 21, 2008
20

21                                      By ____/s/_____
                                        John W. Carpenter
22                                      Attorney for Plaintiff
                                        Technology Licensing Company, Inc.
23

24  DATED:  April 21, 2008              By _____/s/_____
                                        Defendant: Circuit City Stores Inc.
25                                      Charles M. Allen Agreeing for Defendant

26

27

28

STIP. AND PROPOSED ORDER CONTINUING
                                        INITIAL CMC
                                        3:08-CV-697

1

## <u>ORDER</u>

2        PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

3   ORDERED.

4
    Dated _____, 2008

5                                                    _____
                                                           Hon. Bernard Zimmerman
6                                                      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Charles M. Allen**
**ATTORNEY AT LAW**

| 804.346.5087 | Direct | 4501 Highwoods Parkway |
| 804.346.0600 | Office | Suite 210 |
| 804.346.5954 | Fax | Glen Allen, Virginia  23060 |

callen@goodmanallen.com

April 17, 2008

**By Email and First Class Mail**
John W. Carpenter, Esquire
Technology Licensing Company, Inc.
33 ½ Los Pinos
Nicasio, CA  94946

Re:    Technology Licensing Company, Inc. v. Circuit City Stores, Inc.
       U.S. District Court, N.D. Cal. (San Francisco Division) No. C08-00344 BZ

Dear John:

This confirms that Circuit City does not object to a continuation of the date for the
Case Management Conference and agrees to stipulate to such a continuance.

Thanks for your consideration.

Sincerely,

Charles M. Allen