1  John W. Carpenter (Bar No. 221708)         CIRCUIT CITY STORES, INC.
   john@jwcarpenterlaw.com                    9950 Maryland Dr.
2  33 ½ Los Pinos                             Richmond, VA. 23233-1464
   Nicasio, CA  94946                         Charles M. Allen Agreeing for
3  Telephone: (415) 374-7157                  Circuit City Stores, Inc.
   Facsimile:  1- 866-410-6248
4                                             Defendant: Circuit City Stores, Inc.

Attorneys for Plaintiff
5  Technology Licensing Company Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TECHNOLOGY LICENSING CO. INC., | CASE NO.  C 08-00344 BZ |
|---|---|
| Plaintiff, | **STIP. AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** |
| vs. | |
| CIRCUIT CITY STORES, INC. | |
| Defendant. | JUDGE:  Hon. Bernard Zimmerman |

STIP. AND PROPOSED ORDER CONTINUING
INITIAL CMC
C 08-00344 BZ

## Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant CIRCUIT CITY STORES INC. ("CIRCUIT") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for May 5, 2008 at 4:00 PM. The parties are presently engaged in ongoing discussions to settle this matter, and need additional time to continue settlement discussions.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of the Initial Case Management Conference to June 16, 2008 at 4:00 PM, or to whatever date and time thereafter as set by the Court.

This is the first request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to June 16, 2008 at 4:00 PM, or to whatever date and time thereafter as set by the Court.

DATED: April 21, 2008                                Respectfully submitted,

By ____/s/_____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

DATED: April 21, 2008                                By ____/s/_____
Defendant: Circuit City Stores Inc.
Charles M. Allen Agreeing for Defendant

1 **ORDER**

2 PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO

3 ORDERED.

4
Dated __ April 22 _____, 2008        _____
5                                        Hon. Bernard Zimmerman
                                        United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*



**Charles M. Allen**
ATTORNEY AT LAW

| 804.346.5087 | Direct | 4501 Highwoods Parkway |
| 804.346.0600 | Office | Suite 210 |
| 804.346.5954 | Fax | Glen Allen, Virginia 23060 |

callen@goodmanallen.com

April 17, 2008

**By Email and First Class Mail**
John W. Carpenter, Esquire
Technology Licensing Company, Inc.
33 ½ Los Pinos
Nicasio, CA 94946

Re:   Technology Licensing Company, Inc. v. Circuit City Stores, Inc.
      U.S. District Court, N.D. Cal. (San Francisco Division) No. C08-00344 BZ

Dear John:

This confirms that Circuit City does not object to a continuation of the date for the Case Management Conference and agrees to stipulate to such a continuance.

Thanks for your consideration.

Sincerely,

Charles M. Allen