John W. Carpenter (Bar No. 221708)
john@jwcarpenterlaw.com
33 ½ Los Pinos
Nicasio, CA 94946
Telephone: (415) 374-7157
Facsimile: 1- 866-410-6248

Attorneys for Plaintiff
Technology Licensing Company Inc.

CIRCUIT CITY STORES, INC.
9950 Maryland Dr.
Richmond, VA. 23233-1464
Charles M. Allen Agreeing for
Circuit City Stores, Inc.

Defendant: Circuit City Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING CO. INC., <br><br> Plaintiff, <br><br> vs. <br><br> CIRCUIT CITY STORES, INC. <br><br> Defendant. | CASE NO. C 08-00344 BZ <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2** <br><br> JUDGE: Hon. Bernard Zimmerman |

## Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING CO. INC. ("TLC") and Defendant CIRCUIT CITY STORES INC. ("CIRCUIT") hereby stipulate to a continuance of the Initial Case Management in this matter.

The Initial Case Management Conference is currently set for June 16, 2008 at 4: 00 PM.

Plaintiff and a Third Party have signed a Conditional Settlement Agreement which requires a number of periodic payments be made to Plaintiff. After Plaintiff receives the final payment on or before September 2, 2008, the terms of the Conditional Settlement Agreement will be satisfied, and this lawsuit will subsequently be dismissed.

The parties have agreed that a cost-effective approach to this law suit is to seek a continuance of the initial Case Management Conference to September 22, 2008 at 4: 00 P.M., or to whatever date and time thereafter as set by the Court.

This is the second request for a time modification of the Initial Case Management in this matter.

The present requested time modification would have no material effect on the schedule for this case.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter by continued to September 22, 2008 at 4:00 P.M., or to whatever date and time thereafter as set by the Court.

DATED: June 2, 2008

Respectfully submitted,

By ____/s/_____
John W. Carpenter
Attorney for Plaintiff
Technology Licensing Company, Inc.

DATED: June 2, 2008

By _____/s/_____
Defendant: Circuit City Stores Inc.
Charles M. Allen Agreeing for Defendant

- 2 -   STIP. AND PROPOSED ORDER CONTINUING INITIAL CMC
C 08-00344 BZ

1
2                              **ORDER**
3        PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO
4   ORDERED.
5
    Dated _____, 2008              _____
6                                            Hon. Bernard Zimmerman
                                             United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -   STIP. AND PROPOSED ORDER CONTINUING
        INITIAL CMC
        C 08-00344 BZ



**Charles M. Allen**
ATTORNEY AT LAW

| 804.346.5087 | Direct | 4501 Highwoods Parkway |
| 804.346.0600 | Office | Suite 210 |
| 804.346.5954 | Fax | Glen Allen, Virginia 23060 |

callen@goodmanallen.com

May 29, 2008

**By Email and First Class Mail**
John W. Carpenter, Esquire
Technology Licensing Company, Inc.
33 ½ Los Pinos
Nicasio, CA 94946

Re: Technology Licensing Company, Inc. v. Circuit City Stores, Inc.
U.S. District Court, N.D. Cal. (San Francisco Division) No. C08-00344 BZ

Dear John:

This confirms that Circuit City does not object to a continuation of the date for the Case Management Conference and agrees to stipulate to such a continuance.

Thanks for your consideration.

Sincerely,

Charles M. Allen