1   John W. Carpenter (Bar No. 221708)
    john@jwcarpenterlaw.com
2   33 ½ Los Pinos
    Nicasio, CA  94946
3   Telephone: (415) 374-7157
     Facsimile:  1- 866-410-6248
4
    Attorneys for Plaintiff
5   Technology Licensing Company Inc.

6

7

8

9

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13

14

15   TECHNOLOGY LICENSING CO. INC.,          CASE NO.  C 08-00344 BZ

16                Plaintiff ,                 **NOTICE OF DISMISSAL**

17        vs.
                                             JUDGE:   Hon. Bernard Zimmerman
18   CIRCUIT CITY STORES, INC.

19                Defendant.

20

21

22

23

24

25

26

27

28

                                             NOTICE OF DISMISSAL
                                             C 08-00344 BZ

1

<u>Notice</u>

2

3    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

4 TECHNOLOGY LICENSING CO. INC., through the undersigned counsel, hereby dismisses the

5 above-captioned action without prejudice, preserving onto Plaintiff any and all future causes of

6 action against Defendant CIRCUIT CITY STORES INC., including patent infringement.

7

8                                                    Respectfully submitted,

DATED:  September 5, 2008

9
                                  By
10                                    John W. Carpenter
                                      Attorney for Plaintiff
11                                    Technology Licensing Company, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
                                        C 08-00344 BZ